FILED

MAR 2 6 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: 415.436.6857
    Facsimile: 415.436.7234
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>    v.<br>$16,000 IN UNITED STATES CURRENCY AND $92,000 IN UNITED STATES CURRENCY,<br>                Defendants.<br><br>JOSE CASTELLANOS,<br>                Claimant. | No. C 05-1033 DLJ<br><br>STIPULATION TO FORFEIT DEFENDANTS AND TO THE ENTRY OF A JUDGMENT OF FORFEITURE |

Plaintiff United States of America and claimant Jose M. CASTELLANOS stipulate, subject to the Court's approval, as follows:

1. The plaintiff is the United States of America. The first defendant is $16,000 in United States Currency which was seized during the execution of a search warrant on or about September 22, 2004 from 932 South Regatta Drive, Vallejo, California, where claimant CASTELLANOS resided, and the second defendant is the $92,000 in United States Currency which was seized during the execution of a search warrant on or about the same day from a safe in a storage locker which claimant CASTELLANOS rented at the Columbus Parkway Self Storage Facility, 3480 Tennessee Street, Vallejo. *See* Complaint for Forfeiture, filed March 11, 2005. The claimant is CASTELLANOS who, on or about April 18, 2005, filed a claim to defendant $16,000 and defendant $92,000 in which he asserted ownership of defendants, and who, on or about May 2, 2005, filed an answer which joined issue in this case. For the purpose of this stipulation, the "parties" are plaintiff United States and claimant CASTELLANOS.

2. The parties agree that defendant $16,000 and defendant $92,000 are subject to forfeiture on the basis of the allegations of the Complaint for Forfeiture, filed March 11, 2005 in this case, and the Plea Agreement filed on July 27, 2009 in the related criminal case, *United States v. Castellanos,* CR 04-40148 DLJ, and further agree that defendants $16,000 and $92,000 can be forfeited to the United States without any further notice to claimant.

///
///
///
///
///
///
///
///
///

Stip & Order
No. C 05-1033 DLJ                                  2

3. Because defendants $16,000 and $92,000 are subject to forfeiture and are to be forfeited, the parties also agree, subject to the Court's approval, that the Court enter the proposed Judgment of Forfeiture which is submitted with this stipulation.

IT IS SO STIPULATED:

Dated: March 26, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

_____
TIMOTHY LUCEY
PATRICIA J. KENNEY
Assistant United States Attorneys
Attorney for the United States

Dated: March 26, 2010

_____
SHARI LYNN WHITE
SARA ZALKIN
Attorney for Jose M. Castellanos in
CR 04-40148 DLJ & CV 05-01033 DLJ

IT IS SO ORDERED ON THIS 26th DAY OF MARCH, 2010.

_____
HONORABLE D. LOWELL JENSEN
United States District Judge

Stip & Order
No. C 05-1033 DLJ                          3